JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| LOURDES BIZARRO RENTERIA.<br><br>Petitioner,<br><br>v.<br><br>WARDEN, ADELANTO ICE PROCESSING CENTER,<br><br>Respondent. | No. 5:26-cv-03137-AB-BFM<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition is granted as to Claim Four. Respondent reports that Petitioner has been released from Respondents' custody. (ECF 11.) The Court therefore directs the Clerk of Court to close this case.

Dated: June 22, 2026

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE